IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAY HEATH, EDWARD SHAPIRO, and DAISY BECERRA LOPEZ, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE TECHNOLOGIES CORP. and ZYWAVE, INC.,<br><br>Defendants. | Case No. 3:21-cv-01444-N |

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Jay Heath, Edward Shapiro, and Daisy Becerra Lopez, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Insurance Technologies Corp. and Zywave, Inc. ("Defendants"), and the attachments thereto, including the Claim Form, the Short Form Notice, the Long Form Notice, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order, attached to the Settlement Agreement and Declaration of Gary M. Klinger, filed herewith in support of this Motion as fair, reasonable, and adequate;

2. Provisionally certify the Settlement Class pursuant to Rule 23 for settlement purposes only;

3. Approve the Notice Program set forth in the Settlement Agreement, including the form and content of the notices attached to the Settlement Agreement as Exhibits 2A and 2B;

4. Designate Plaintiffs Jay Heath, Edward Shapiro, and Daisy Becerra Lopez as Class Representatives;

5. Appoint John A. Yanchunis and Ryan D. Maxey of Morgan & Morgan; Gary E. Mason, David K. Lietz, and Gary M. Klinger of Mason Lietz & Klinger LLP; M. Anderson Berry of Clayeo C. Arnold, a Professional Law Corp.; and Joe Kendall of Kendall Law Group, PLLC as Class Counsel;

6. Approve the retention of Angeion as Notice Specialist and Claims Administrator;

7. Approve the procedures set forth in Section VII for Settlement Class Members to exclude themselves from the Settlement Class or object to the Settlement;

8. Approve the use of a claim form substantially similar to that attached as Exhibit 1 to the Settlement Agreement, filed herewith;

9. Further stay the Action of otherwise adjourn litigation deadlines pending Final Approval of the Settlement;

10. Stay and/or enjoin, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

11. Schedule a Final Approval Hearing for a time and date convenient for the Court, at which the Court will conduct an inquiry into the fairness of the Settlement, final approval of the Settlement and consideration of Settlement Class Counsel's Motion for Award of Fees, Costs, Expenses, and Service Awards for the Class Representatives.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Gary M. Klinger filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting

Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: February 28, 2022          Respectfully submitted,

*/s/ Gary M. Klinger*
GARY M. KLINGER**
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gklinger@masonllp.com

Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Ste. 1450
Dallas, TX 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com

M. ANDERSON BERRY**
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

GARY E. MASON*
DAVID K. LIETZ*
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
dlietz@masonllp.com
gmason@masonllp.com

3

JOHN A. YANCHUNIS
Texas Bar No. 22121300
RYAN MAXEY*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 222-4795
jyanchuins@forthepeople.com
rmaxey@forthepeople.com

*Attorneys for Plaintiffs and the Class*

*\*Pro hac vice forthcoming*
*\*\*Admitted pro hac vice*