# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JAY HEATH, EDWARD SHAPIRO, and DAISY BECERRA LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE TECHNOLOGIES CORP. and ZYWAVE, INC.,<br><br>Defendants. | Case No.: 3:21-cv-01444 |

## ORDER GRANTING UNOPPOSED EMERGENCY MOTION FOR CONTINUANCE OF FINAL APPROVAL HEARING

Came on to be heard, defendants Insurance Technologies Corp. and Zywave, Inc.'s (collectively, "Zywaye") Unopposed Emergency Motion for Continuance of Final Approval Hearing. The Court, having considered the motion and the pleadings on file, is of the opinion that the motion should be GRANTED in all ways.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the hearing on the plaintiffs' Motion for Final Approval of Class Action Settlement is hereby CONTINUED until January 4, 2023 at 10:30 a.m.

SIGNED September 6, 2022.

_____
David C. Godbey
Chief United States District Judge